**Romal D. BOOKER, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 06–7004.

United States Court of Appeals, Federal Circuit.

April 12, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Charles L. PALMER, Plaintiff–Appellant,**

v.

**PRECISION SHOOTING EQUIPMENT, INC., Paul E. Shepley, John Groff, Dennis R. McCarthy, Defendants–Appellees.**

No. 05–1557.

United States Court of Appeals, Federal Circuit.

April 13, 2006.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36